# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| **ALAN SEALS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **Civil Action No. 3:19-cv-468-CLM-** |
| **v.** | ) | **JTA** |
| | ) | |
| **JOSEPH AISTRUP, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STATUS REPORT

The parties to this matter report that there is, at this time, no need for the Court to take further action on this matter. The parties anticipate that a joint stipulation of dismissal will be filed within the next 30 days.

Respectfully submitted this the 14th day of June, 2023.

/s/ *John G. Smith*
One of the Attorneys for Plaintiff

**OF COUNSEL:**
David R. Boyd (ASB-0717-D52D)
Email: dboyd@balch.com
John G. Smith (ASB-8146-T68J)
Email: jgsmith@balch.com
Aria B. Allan (ASB-2064-E10Q)
Email: aallan@balch.com
**BALCH & BINGHAM LLP**
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: 334.834.6500
Facsimile: 334.269.3115

23051555.1

Charles A. Burkhart (ASB-7825-T76C)
Email: cburkhart@balch.com
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201
Telephone: 205.226.8753
Facsimile: 205.488.5689

Jaime S. Hammer (ASB-1557-C00Z)
Email: jhammer@auburn.edu
M. Maran White (ASB-8691-I64W)
Email: mmw0012@auburn.edu
**AUBURN UNIVERSITY**
Office of General Counsel
101 Samford Hall
Auburn, AL 36849
Telephone: 334.844.5176

*/s/ Parker Yates (w/permission)*
One of the Attorneys for Plaintiff

**OF COUNSEL:**

J. Parker Yates
Email: parker@yatesanderson.com
**YATES ANDERSON**
4851 Wharf Parkway, Suite D-230
Orange Beach, AL 36561

23051555.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically on this the 14th day of June, 2023:

Kristopher O. Anderson
Email: kris@yatesanderson.com
Robert S. Walker
Email: robert@yatesanderson.com
J. Parker Yates
Email: parker@yatesanderson.com
YATES ANDERSON
4851 Wharf Parkway, Suite D-230
Orange Beach, AL 36561

Alicia K. Haynes
Email: akhaynes@haynes-haynes.com
HAYNES & HAYNES P.C.
1600 Woodmere Drive
Birmingham, AL 35226

John D. Saxon
Email: jsaxon@saxonattorneys.com
JOHN D. SAXON, P.C.
2119 3rd Avenue North
Birmingham, AL 35203

Cynthia Forman Wilkinson
Email: wilkinsonefile@wilkinsonfirm.net
WILKINSON LAW FIRM, PC
1717 3rd Avenue North, Suite A
Birmingham, AL 35203

_/s/ John G. Smith_____
Of Counsel

23051555.1