# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **ALAN SEALS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | **Civil Action No. 3:19-cv-468-CLM-** |
| **v.** ) | **JTA** |
| ) | |
| **JOSEPH AISTRUP, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION OF DISMISSAL

Come now the parties, Plaintiff Alan Seals and Defendants Joseph Aistrup and Jason Hicks, and as per Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate to the dismissal of this action with prejudice, with each party to pay his or its own fees, expenses, and costs.

Respectfully submitted this the 26th day of July, 2023.


*/s/ John G. Smith*

One of the Attorneys for Plaintiff


**OF COUNSEL:**

David R. Boyd (ASB-0717-D52D)
Email: dboyd@balch.com
John G. Smith (ASB-8146-T68J)
Email: jgsmith@balch.com
Aria B. Allan (ASB-2064-E10Q)
Email: aallan@balch.com
**BALCH & BINGHAM LLP**
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200

23094471.1

Montgomery, AL 36104
Telephone: 334.834.6500
Facsimile: 334.269.3115

Charles A. Burkhart (ASB-7825-T76C)
Email: cburkhart@balch.com
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201
Telephone: 205.226.8753
Facsimile: 205.488.5689

Jaime S. Hammer (ASB-1557-C00Z)
Email: jhammer@auburn.edu
M. Maran White (ASB-8691-I64W)
Email: mmw0012@auburn.edu
**AUBURN UNIVERSITY**
Office of General Counsel
101 Samford Hall
Auburn, AL 36849
Telephone: 334.844.5176

*/s/ Parker Yates (w/permission)*
One of the Attorneys for Plaintiff

**OF COUNSEL:**

J. Parker Yates
Email: parker@yatesanderson.com
**YATES ANDERSON**
4851 Wharf Parkway, Suite D-230
Orange Beach, AL 36561

23094471.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically on this the 26th day of July, 2023:


Kristopher O. Anderson
Email: kris@yatesanderson.com
Robert S. Walker
Email: robert@yatesanderson.com
J. Parker Yates
Email: parker@yatesanderson.com
YATES ANDERSON
4851 Wharf Parkway, Suite D-230
Orange Beach, AL 36561

Alicia K. Haynes
Email: akhaynes@haynes-haynes.com
HAYNES & HAYNES P.C.
1600 Woodmere Drive
Birmingham, AL 35226

John D. Saxon
Email: jsaxon@saxonattorneys.com
JOHN D. SAXON, P.C.
2119 3rd Avenue North
Birmingham, AL 35203

Cynthia Forman Wilkinson
Email: wilkinsonefile@wilkinsonfirm.net
WILKINSON LAW FIRM, PC
1717 3rd Avenue North, Suite A
Birmingham, AL 35203

*/s/ John G. Smith*
Of Counsel

23094471.1