UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ALAN SEALS,**<br>    Plaintiff,<br><br>v.<br><br>**JOSEPH AISTRUP, et al.,**<br>    Defendants. | **Case No. 3:19-cv-468-CLM** |

## ORDER OF DISMISSAL

The court acknowledges receipt of the parties' joint stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) filed on July 26, 2023. (Doc. 139). This case is **DISMISSED WITH PREJUDICE**, with each party to pay his or its own fees, expenses, and costs.

The court **DIRECTS** the Clerk of Court to close this case.

**Done** and **Ordered** on July 27, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE